| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **April E. Roberts, Esq.**<br>**LAW OFFICES OF ALEC HARSHEY**<br>**901 S. STATE STREET, SUITE 400**<br>**HEMET, CA 92543**<br>**(951) 658-2168**<br>California State Bar Number: CA BAR #254020<br>a.e.roberts@verizon.net<br><br>☐ Debtor(s) appearing without an attorney<br>☑ Attorney for Debtor(s) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re<br>Arthur Leo Gent<br>Wanda Sue Gent<br><br><br><br><br><br>Debtor(s). | CASE NO.: 5:16-bk-17855-MH<br>CHAPTER: 13<br><br>**DECLARATION SETTING FORTH POST PETITION, PRECONFIRMATION PAYMENTS ON:**<br>1. DEEDS OF TRUST [OR MORTGAGES]<br>2. LEASES ON PERSONAL PROPERTY;<br>3. PURCHASE MONEY SECURITY LIENS ON PERSONAL PROPERTY<br>[LBR 3015-1(e) and LBR 3015-1(m)]<br><br>[No Hearing Required] |

I, (Debtor's name), __Arthur Leo Gent & Wanda Sue Gent__, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on __8/31/2016__.

2. On the next page I have listed all the payments I have made to secured creditors and lessors since the filing of my Chapter 13 petition.

3. I have provided the name of the secured creditor and/or lessor and the type of obligation to that secured creditor and/or lessor.

4. I understand that I must update the information on the next page and keep it current until my plan is confirmed.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012 | Page 1 | F 3015-1.4.DEC.PRECONF.PYMTS

5. The following are the postpetition payments up to the date of plan confirmation (Payments) that I have caused to be mailed/delivered to the appropriate creditors (Creditor)[1]:

| Property Description | Creditor/Type of Loan | Payment Amount | Due Date[2] | Date Mailed/Delivered |
|---|---|---|---|---|
| 2165 Hazel Ave. NE Salem, OR 97301 | Name of Creditor (*printed*): **BANK OF AMERICA HOME LOANS** (*check one*) ☑ Deed of Trust/Mortgage ☐ Car loan ☐ Lease ☐ Other (*specify*): | $921.89 | 9/01/2016 (In grace until 9/15/2016) | 9/7/2016 |
| 2165 Hazel Ave. NE Salem, OR 97301 | Name of Creditor (*printed*): **BANK OF AMERICA HOME LOANS** (*check one*) ☑ Deed of Trust/Mortgage ☐ Car loan ☐ Lease ☐ Other (*specify*): | $930.00 | 10/01/2016 (In grace until 10/15/2016) | 10/7/2016 |
| | Name of Creditor (*printed*): (*check one*) ☐ Deed of Trust/Mortgage ☐ Car loan ☐ Lease ☐ Other (*specify*): | | | |
| | Name of Creditor (*printed*): (*check one*) ☐ Deed of Trust/Mortgage ☐ Car loan ☐ Lease ☐ Other (*specify*): | | | |

---

[1] Attach additional pages if necessary.
[2] "Due Date" refers to the 1st day the Payment is due.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    Page 2    F 3015-1.4.DEC.PRECONF.PYMTS

| Property Description | Creditor/Type of Loan | Payment Amount | Due Date³ | Date Mailed/Delivered |
|---|---|---|---|---|
| | Name of Creditor (printed): <br><br>(check one) <br>☐ Deed of Trust/Mortgage <br>☐ Car loan <br>☐ Lease <br>☐ Other (specify): | | | |
| | Name of Creditor (printed): <br><br>(check one) <br>☐ Deed of Trust/Mortgage <br>☐ Car loan <br>☐ Lease <br>☐ Other (specify): | | | |
| | Name of Creditor (printed): <br><br>(check one) <br>☐ Deed of Trust/Mortgage <br>☐ Car loan <br>☐ Lease <br>☐ Other (specify): | | | |

6.    ☐ Continued on Attached Page.

7.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: _____10/18/2016_____        _____
                                                                Arthur Leo Gent
                                                                *Debtor*

Dated: _____10/18/2016_____        _____
                                                                Wanda Sue Gent
                                                                *Joint Debtor*

---

³"Due Date" refers to the 1ˢᵗ day the Payment is due.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                    Page 3                    F 3015-1.4.DEC.PRECONF.PYMTS

# BBVA Compass

## Account Details

Checking *7867         OCT. 2016

Checking *7867

**Available Balance**
**$523.37**

**Current Posted Balance**
**$523.37**

Account number: *7867 Show          Routing number:

### Pending Transactions

| Date | Description | Amount |
|---|---|---|
| | There are no Pending Transactions for this time period. | |

### Posted Transactions

View All Transactions

| Date | Description | Amount | Balance |
|---|---|---|---|
| 10/12/2016 | CALIFORNIA VETERINARY 951-600-98 DEBIT FOR CHECKCARD XXXXXX6329 | $-286.85 | $523.37 |
| 10/12/2016 | UNITED FIN CAS INS PREM CO REF- 61893623 WANDA | $-152.29 | $810.22 |
| 10/11/2016 | MCDONALD'S F13096 SAN JACINTO CA DEBIT FOR CHECKCARD XXXXXX6337 | $-10.32 | $962.51 |
| 10/11/2016 | DEL TACO 1035 SAN JACINTO CA DEBIT FOR CHECKCARD XXXXXX6329 | $-8.18 | $972.83 |
| 10/11/2016 | MCDONALD'S F13096 SAN JACINTO CA DEBIT FOR CHECKCARD XXXXXX6337 | $-12.07 | $981.01 |
| 10/11/2016 | DEPT EDUCATION STUDENT LN CO REF- 6LESUJ27051 | $-312.25 | $993.08 |
| 10/11/2016 | CHEVRON/NUSA, IN CHECKCARD PURCHASE | $-15.00 | $1,305.33 |
| 10/07/2016 | WINCHESTER FUELS CHECKCARD PURCHASE | $-25.25 | $1,320.33 |
| 10/07/2016 | WINCHELL'S #9270 RIVERSIDE CA DEBIT FOR CHECKCARD XXXXXX6329 | $-3.87 | $1,345.58 |
| 10/07/2016 | TEDS BURGERS ANAHEIM CA DEBIT FOR CHECKCARD XXXXXX6329 | $-21.63 | $1,349.45 |
| 10/07/2016 | BANK OF AMERICA MORTGAGE CO REF- XXXXX7129 | $-930.00 | $1,371.08 |
| 10/07/2016 | CREDIT FOR IHERB INC DIRECT DEP CO REF- 300039520553FPR | $640.15 | $2,301.08 |

©2016 BBVA Compass Bancshares, Inc. Compass Bank is a Member FDIC and an Equal Housing Lender.
BBVA Compass is a trade name of Compass Bank, a member of the BBVA Group.
Online Banking Questions and Technical Support: 1-800-273-1057.
All other Account Questions and Support: 1-800-266-7277

Sept., 2016

| Date | Check/Serial # | Description | Deposits/Credits | Withdrawals/Debits | End of Day Balance |
|---|---|---|---|---|---|
| 9/6 | | CHECKCARD PURCHASE - 7-ELEVEN VISA 00MLTV2109/05/16 CARD XXXXXX6329 POS -AT 1490 S. SAN JACINT SAN JACINTCA | | $4.42 | |
| 9/6 | | DEBIT FOR CHECKCARD XXXXXX6337 09/03/16 KOHL'S #592 CORONA CA | | $32.13 | |
| 9/6 | | DEBIT FOR CHECKCARD XXXXXX6337 09/03/16 OLD NAVY US 3341 CORONA CA | | $39.82 | |
| 9/6 | | DEBIT FOR CHECKCARD XXXXXX6337 09/03/16 TACO BELL #32504 SAN JACINTO CA | | $15.53 | |
| 9/6 | | DEBIT FOR CHECKCARD XXXXXX6329 09/03/16 GN0096 VALVOLINE INSTAN LAKE ELSINORECA | | $88.57 | |
| 9/6 | | DEBIT FOR CHECKCARD XXXXXX6337 09/04/16 BASKIN #362089 Q35 HEMET CA | | $15.77 | |
| 9/6 | | ATM DEPOSIT | $1,043.91 | | |
| 9/6 | | DEBIT FOR CHECKCARD XXXXXX6337 09/05/16 BURGER KING #8668 SAN JACINTO CA | | $17.04 | |
| 9/6 | | DEBIT FOR CHECKCARD XXXXXX6329 09/05/16 SQ *RILEYS AT LOS R YUCAIPA CA | | $8.75 | |
| 9/6 | | CHECKCARD PURCHASE - WM SUPERCENTER # VISA 5425005009/06/16 CARD XXXXXX6337 POS -AT Wal-Mart Super CentSAN JACINTCA | | $16.28 | $2,567.83 |
| 9/7 | | DEBIT FOR BANK OF AMERICA MORTGAGE CO REF- XXXXX7129 | | ($921.89) | |
| 9/7 | 1010 | CHECK CLEARED | | $199.78 | |
| 9/7 | | CHECKCARD PURCHASE - CHEVRON/CSI-0975 VISA 1004180109/07/16 CARD XXXXXX6329 POS -AT CHEVRON/CSI-097568/MORENO VALCA | | $11.49 | |
| 9/7 | | DEBIT FOR CHECKCARD XXXXXX6337 09/07/16 CHEVRON 0208447 REDLANDS CA | | $29.30 | $1,405.37 |
| 9/8 | | DEBIT FOR NAVIENT PMT SPE CO REF- 9938195798 | | $110.93 | |
| 9/8 | | DEBIT FOR CHECKCARD XXXXXX6329 09/07/16 KP RX01243 MORENO VALLEYCA | | $15.00 | $1,279.44 |
| 9/9 | | DEBIT FOR UNITED FIN CAS INS PREM CO REF- 61893623 WANDA | | $136.66 | $1,142.78 |
| 9/12 | | DEBIT FOR CHECKCARD XXXXXX6329 09/08/16 CHICK-FIL-A #01509 TEMECULA CA | | $12.36 | |
| 9/12 | | DEBIT FOR CHECKCARD XXXXXX6329 09/08/16 STAPLES 00108902 HEMET CA | | $16.52 | $1,113.90 |
| 9/13 | | CHECKCARD PURCHASE - CHEVRON/NUSA, IN VISA 1004180109/13/16 CARD XXXXXX6329 POS -AT CHEVRON/NUSA, INC. PERRIS CA | | $3.21 | $1,110.69 |
| Ending Balance on 9/14 | | | | | $1,110.69 |
| Totals | | | $6,833.83 | $7,713.30 | |



Please note, certain fees and charges posted to your account may relate to services and/or activity from the prior statement cycle.
* The Date provided is the business day that the transaction is processed.

### Periodic Non-sufficient Funds and Overdraft Charge Summary

| | Total this Period | Total 2016 YTD |
|---|---|---|
| Total overdraft (OD) fees *(includes NSF-paid item charges and extended OD charges)* | $0.00 | $0.00 |
| NSF-returned item charges | $0.00 | $0.00 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

901 S. State Street, Suite 400, Hemet, CA 92543

A true and correct copy of the foregoing document entitled (specify): **DECLARATION SETTING FORTH POST PETITION, PRECONFIRMATION PAYMENTS ON: 1. DEEDS OF TRUST [OR MORTGAGES] 2. LEASES ON PERSONAL PROPERTY; 3. PURCHASE MONEY SECURITY LIENS ON PERSONAL PROPERTY [LBR 3015-1(e) and LBR 3015-1(m)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 10/18/2016, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Chapter 13 Trustee: Rod Danielson (TR):  notice-efile@rodan13.com
United States Trustee: United States Trustee (RS)  ustpregion16.rs.ecf@usdoj.gov
Debtors' Attorney: April E. Roberts  a.e.roberts@verizon.net

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 10/18/2016, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| **CHAPTER 13 TRUSTEE**<br>**Rod Danielson (TR)**<br>3787 University Avenue<br>Riverside, CA 92501 | **JUDGE'S COPY**<br>**Honorable Scott D. Houle**<br>United States Bankruptcy Court<br>Central District of California<br>3420 Twelfth Street, Suite 365<br>Riverside, CA 92501 |
| **United States Trustee (RS)**<br>3801 University Avenue, Suite 720<br>Riverside, CA 92501-3200 | **SECURED CREDITOR:**<br>BANK OF AMERICA HOME LOANS<br>POB 31785<br>TAMPA, FL 33631 |

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 10/18/2016 | April E. Roberts | /s/ April E. Roberts |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**